**[Dogmuf]** [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

**Dated: June 14, 2023**

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No.
2:12−bk−17620−FMD
Chapter 7

Mireise Otero

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration without a hearing June 13, 2023 on the Amended Motion for Payment of Unclaimed Funds (Document No. 55) , by Adams & Cohen, LLC as assignee of Ceidee Otero as Beneficiary of the Estate of Mireise Otero (the Motion). Having verified that the sum of $ 8,315.21 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is Granted.

2. After the expiration of 14 days from the date of this order, the Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 8,315.21 to:

Adams & Cohen, LLC
PO Box 2784
Auburn, AL 36831

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.